596

■ THE PEOPLE OF THE STATE OF NEW YORK, v. PERCY GILMORE, Respondent.— Motion to extend time for argument granted; note of issue to be filed on or before April 15, 1960 and the case argued at the May Term of this court. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ STRECK'S, INC., Respondent, v. GLENS FALLS INSURANCE CO., Appellant.— Decision of this court, handed down January 12, 1960 (ante, p. 590) vacated and set aside and appeal reinstated. Motion to dismiss appeal .granted, unless appellant perfects appeal, files note of issue, files and serves record and brief on or before February 20, 1960, and is ready for argument at the March Term of this court, ·in which event the motion is denied. Coon, J. P., Gibson, Herlihy and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LESTER WHITWORTH, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of SARAH KEIL, Appellant, against H. KLEIN MODERN FLOOR COVERING Co. et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the VILLAGE OF SANDS POINT, Petitioner, against RICHARD H. SHEPP et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.— Motion by Sands Point Country Day School to intervene (in the event it has not been served with the notice and petition) and to serve and file an answer granted, without costs. Motion to dismiss proceeding for failure to prosecute denied, without prejudice and, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ FIRST NATIONAL BANK OF MORRISVILLE (MADISON COUNTY), Appellant, v. STARK DESIGN, INC., Respondent.— Application to add case to the January Term Calendar for argument denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ MORRIS NEWMARK, as Trustee, Appellant, v. NATIONAL BANK & TRUST COMPANY OF NORWICH et al., Respondents. NATIONAL BANK & TRUST COMPANY OF NORWICH, Third-Party Plaintiff-Respondent, v. DAVID MAYDOLE TOOL CORPORATION et al., Third-Party Defendants-Appellants.— Motion to dismiss appeal granted, without costs, unless appellants perfect appeal, file note of issue, file and serve record and brief on or before February 23, 1960 and are ready for argument at the March Term of this court, in which event the motion is denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of CYRUS M. GROSVENOR et al., Petitioners, against THOMAS CRAIG et al., Constituting the Board of the " City of Elmira Parking Authority ", Respondents.— Motion to dismiss appeal granted, by default, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of FRANK J. MATIJEVICH, Appellant. MARTIN P. CATHERWOOD, as Industrial Commissioner, Respondent.— Application to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Lubell and Lubell, attorneys at law, 140 Nassau Street, New York, New York, are assigned as attorneys for claimant-appellant. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.